UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME: Metcalf, Norman     CASE NO: 12-47415

FOR:   ✓ DEBTOR ONLY

_____ JOINT DEBTOR

_____ CREDITOR

_____ ATTORNEY (Please Include Bar ID Number _____)

_____ PLAINTIFF

_____ DEFENDANT

NEW ADDRESS:

NAME: Norman Metcalf

ADDRESS: 412 So. 58th St, Apt. B

Tacoma, WA 98408

PHONE: 253-468-8147

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

Date: 12/21/12

CHANGE OF ADDRESS
(rev.7/1/08)