# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)

CASE NAME: Rebecca Metcalf　　CASE NO. 12-47415

FOR:
- ___ DEBTOR
- _X_ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY (Please include Bar ID Number _____)
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS**
NAME: Rebecca Metcalf
ADDRESS: 1215 So Mason Ave.
Tacoma, WA 98405
PHONE: (253) 970-0567
EMAIL ADDRESS (attorney only): _____

**NEW ADDRESS:**
NAME: same
ADDRESS: 1471 Rainier Court, Apt B
Fircrest, WA 98466
PHONE: (253) 970-0567
EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:
Rebecca C Metcalf　　Date 10-7-13

Rev. 6/28/2012
Change of Address