**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No. 12-47415 |
| | Chapter 13 |
| NORMAN METCALF, | |
| REBECCA METCALF, | ORDER ON MOTION TO MODIFY PLAN |
| Debtor(s). | |

THIS MATTER having come before the Court on the debtors' motion for confirmation of the amended plan, filed 27 November, 2013, proper notice having been given, the Court having examined the files and records, and having considered oral argument, if any, it is

ORDERED that the amended plan filed 27 November, 2013, shall become the plan, pursuant to 11 U.S.C. § 1329(b); and

//

ORDER ON MOTION TO MODIFY PLAN
Page 1 of 2

**ROSSBACK LAW FIRM**
5425 ½ Pacific Avenue
Tacoma, WA 98408-7639
Phone – 253-573-1300
Fax: 253-327-1253

ORDERED that the terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the amended plan.

<<*end of order*>>

Presented by:

**ROSSBACK LAW FIRM**
Attorneys for Debtors

/s/ Edward L. Rossback_____
By: Edward L. Rossback, WSBA #46815

**ROSSBACK LAW FIRM**
5425 ½ Pacific Avenue
Tacoma, WA 98408-7639
Phone – 253-573-1300
Fax: 253-327-1253

ORDER ON MOTION TO MODIFY PLAN
Page 2 of 2